**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
DARRELL GUNN,

                     Plaintiff,                19 **CIVIL** 11821 (VB)

        -against-                       **JUDGMENT**

CORRECTION OFFICER PATRICK LEON
MCNEIL, CORRECTION OFFICER PETERSON,
CORRECTION OFFICER KEITH SPOSATO,
CORRECTION OFFICER WESLEY, and
CORRECTION OFFICER ANTHONY WELLS,

                     Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated December 20, 2021, the motion to dismiss is GRANTED. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962); accordingly, this case is closed.

**Dated:**  New York, New York
       December 20, 2021

                                 **RUBY J. KRAJICK**
                               _____
                                 **Clerk of Court**
      **BY:**
                                 **Deputy Clerk**